UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NAKISHA JACKSON | CIVIL ACTION NO. 19-cv-1006 |
| VERSUS | JUDGE FOOTE |
| ROY L. BRUN, ET AL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's claims against the State of Louisiana are dismissed without prejudice for lack of subject matter jurisdiction. It is further recommended that all other claims against all other defendants are dismissed with prejudice for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2019.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE