UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NAKISHA JACKSON | CIVIL ACTION NO. 19-1006 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ROY L. BRUN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is Plaintiff NaKisha Jackson's second motion for reconsideration of this Court's judgment adopting the Magistrate Judge's Report and Recommendation, which dismissed all of her claims against all Defendants. Record Document 16. Initially, Plaintiff filed this suit in response to a protective order that was issued against her in Louisiana state court. Plaintiff sued the State of Louisiana, Judge Roy Brun, and Clerk of Court Mike Spence. This Court dismissed her claims against the State for lack of jurisdiction; the claims against Judge Brun and Mike Spence were dismissed for failure to state a claim upon which relief may be granted. Record Documents 6 & 7. Plaintiff proceeded to unsuccessfully appeal the judgment to the highest court in the land. After she lost her appeal, Plaintiff filed a motion for reconsideration, which this Court denied. Record Documents 14 & 15. Plaintiff now seeks this Court to reconsider the judgment once again. However, once again, Plaintiff has produced no facts or legal basis warranting the reversal of the previous decision to deny her motion for reconsideration. Thus, her motion for reconsideration is **DENIED**.

This is not Plaintiff's only federal suit. Plaintiff had another suit pending in this district against four individuals whom she alleges requested or obtained protective orders

1

against her in state court. *Jackson v. Wilson, et al.*, 20-cv-238-SMH-MLH (W.D. La.). Her underlying cause of action was malicious prosecution, a state tort claim. Chief Judge S. Maurice Hicks, Jr. dismissed her claim for lack of jurisdiction. Plaintiff has proceeded to file four motions for reconsideration in that case, all of which lacked legal merit. Plaintiff's motions for reconsideration in the instant matter have noticeable similarities to her motions for reconsideration in the malicious prosecution case assigned to Chief Judge Hicks. *See* 20-cv-238, Record Document 17.[1] In both cases, Plaintiff continues to detail factual allegations without establishing any legal basis for suing the defendants in federal court. *Compare* Record Document 15, *with* 20-cv-238, Record Documents 11, 14, & 16. In the instant matter, continuing to assert factual allegations will not change the legal result that this Court reached when dismissing Plaintiff's claims. The State of Louisiana is immune from suit in federal court. *K.P. v. LeBlanc*, 627 F.3d 115, 124 (5th Cir. 2010) ("The Eleventh Amendment bars suits by private citizens against a state in federal court."). Although the federal government has abrogated immunity in some instances, 42 U.S.C. § 1983 is not one of them. *Quern v. Jordan*, 440 U.S. 332 (1979). Further, this Court dismissed the claims against Judge Brun and Mike Spence with prejudice. Plaintiff appealed this decision and lost. Allowing Plaintiff to repeatedly file meritless motions defeats the finality that a dismissal with prejudice encompasses. Instead, these excessive and frivolous filings diminish this Court's limited judicial resources. As such, this Court **ORDERS** Plaintiff to stop engaging in this meritless practice in the instant matter.

---

[1] Plaintiff filed a memorandum as a fourth motion for reconsideration in the malicious prosecution matter and the same memorandum as a memorandum in support of her motion for reconsideration in the instant matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for reconsideration [Record Document 16] be and is hereby **DENIED**. Due to Plaintiff's pattern of excessive and frivolous filings which diminish this Court's limited judicial resources, **IT IS FURTHER ORDERED** that the Clerk of Court shall accept no new filings in this matter without prior judicial approval. Plaintiff's failure to comply will subject her to the imposition of sanctions.

**THUS DONE AND SIGNED** this 2nd day of December, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE